United States District Court
Southern District of Texas
**ENTERED**
November 12, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT ☆ SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| Aubrey Fontenot, JR., et al § | |
| § | |
| *versus* § | Civil Action 4:24-cv-03070 |
| § | |
| Harris County, et al § | |

## Scheduling Order

1. Trial: Estimated time to try: _5_ days.  ☐ Bench  **X**☐ Jury

2. New parties must be joined by:   December 9, 2024
    *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   May 19, 2025

4. The defendant's experts must be named with a report furnished by:   June 20, 2025

5. Discovery must be completed by:   _July 28, 2025
    *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:   August 25, 2025
    Response due by:   September 18, 2025

    Non-Dispositive Motions will be filed by:   August 25, 2025

*********************  The Court will provide these dates.  *********************

7. Joint pretrial order is due:   February 20, 2026
    *The plaintiff is responsible for filing the pretrial order on time.*

8. Final Pretrial Conference is set for 1:30 p.m. on:   March 23, 2026

9. Jury Selection is set for 9:00 a.m. on:*   April 6, 2026

The case will remain on standby until tried.

Signed this the 12th day of November, 20 24.

*Richard W. Bennett*
Richard W. Bennett
United States Magistrate Judge