Case 4:24-cv-03070   Document 37   Filed on 02/24/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 28, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AUBREY FONTENOT, JR., individually, and as administrator of the ESTATE OF AUBREY FONTENOT, SR., <br><br>*Plaintiff,* <br><br>v. <br><br>PROBATION DEPUTY CONSTABLE HERBERT MEMBRENO, in his individual and official capacity, DEPUTY CONSTABLE RUBEN REBELES, in his individual and official capacity, DEPUTY CONSTABLE TRAVIS GONZALES, in his individual and official capacity, <br><br>*Defendants.* | § § § § § § § § § § § § § § § § § § § § § CIVIL ACTION NO. 4:24-cv-03070 |

## ORDER ACCEPTING PLAINTIFF AUBREY FONTENOT, JR.'S UNOPPOSED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Aubrey Fontenot, Jr. filed his Unopposed Notice of Voluntary Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on February 22, 2025.

1

The Court accepts Plaintiff's unopposed notice of voluntary dismissal with prejudice, dismisses Ruben Rebeles as a Defendant and terminates the case against Ruben Rebeles with prejudice.

IT IS SO ORDERED.

2\24\25

_____
Honorable Judge Andrew Hanen