United States District Court
Southern District of Texas
**ENTERED**
March 03, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AUBREY FONTENOT, JR., individually, and as administrator of the ESTATE OF AUBREY FONTENOT, SR., <br><br> Plaintiff, <br><br> v. <br><br> PROBATION DEPUTY CONSTABLE HERBERT MEMBRENO, in his individual and official capacity, DEPUTY CONSTABLE RUBEN REBELES, in his individual and official capacity, DEPUTY CONSTABLE TRAVIS GONZALES, in his individual and official capacity, <br><br> Defendants. | CIVIL ACTION NO. 4:24-cv-03070 |

### ORDER

The Unopposed Motion to Dismiss Travis Gonzales having been filed by Plaintiff, the Court grants the motion to dismiss. All claims against Defendant Travis Gonzales are dismissed with prejudice.

SO ORDERED.

Signed on Feb 25, 2025, at Houston, Texas.

_____
United States District Judge