United States District Court
Southern District of Texas
**ENTERED**
March 14, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AUBREY FONTENOT, JR., individually, and as administrator of the ESTATE OF AUBREY FONTENOT, SR., <br><br>*Plaintiff,* <br><br> v. <br><br> UNKNOWN DEPUTY CONSTABLE NO. 1, in his individual capacity, UNKNOWN DEPUTY CONSTABLE NO. 2, in his individual capacity, UNKNOWN DEPUTY CONSTABLE NO. 3, in his individual capacity, CONSTABLE MARK HERMAN, in his individual capacity, <br><br> *Defendants.* | § § § § § § § § § § § § § § § § § § § § § § CIVIL ACTION NO. 4:24-cv-03070 |

## ORDER OF DISMISSAL AS TO CONSTABLE MARK HERMAN, ONLY

In accordance with Plaintiff's Unopposed Motion to Dismiss filed on November 21, 2024 (Doc. No. 28), this case is **DISMISSED** without prejudice to as to Constable Mark Herman, only, pursuant to Federal Rule of Civil Procedure 41(a). All costs and fees shall be incurred by the party incurring same. Claims and causes of action against other parties not referenced in this Order remain pending.

SIGNED this 11th day of March, 2025.

Andrew S. Hanen
United States District Judge