United States District Court
Southern District of Texas
**ENTERED**
May 13, 2025
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| AUBREY D. FONTENOT, JR | § | |
| | § | |
| *Plaintiff,* | § | |
| VS. | § | CIVIL ACTION NO. 4:24-cv-3070 |
| | § | |
| HARRIS COUNTY, et al, | § | |
| | § | |
| *Defendants.* | § | |
| | § | |
| | § | |
| | § | |

## ORDER

There are several Motions to Dismiss Plaintiff Aubrey Fontenot, Jr.'s ("Plaintiff") Original Complaint and First Amended Complaint filed by Defendants Harris County (Doc. Nos. 9; 15), and Mark Herman, Harris County Constable ("Herman"). (Doc. No. 20). Since the filing of these motions, however, Plaintiff has voluntarily moved to dismiss his own claims against Harris County and Herman, which the Court has granted. (Doc. Nos. 27; 39).

Thus, the motions to dismiss filed by Defendants Harris County and Mark Herman are hereby **DENIED** as moot. (Doc. Nos. 9; 15; 20).

Signed this 13 day of May, 2025.



Andrew S. Hanen
United States District Judge